IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dombrowski, Jeffrey A

Printed: 12/28/07

Case Number: 05 B 03794
Judge: Wedoff, Eugene R
Filed: 2/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 7, 2007
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,890.00 |  |
| Secured: |  | 7,226.59 |
| Unsecured: |  | 5,251.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,230.20 |
| Trustee Fee: |  | 734.03 |
| Other Funds: |  | 447.37 |
| Totals: | 14,890.00 | 14,890.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,230.20 | 1,230.20 |
| 2. | Ameriquest Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Ameriquest Mortgage Company | Secured | 14,486.08 | 7,226.59 |
| 4. | B-Line LLC | Unsecured | 3,350.10 | 3,350.10 |
| 5. | Resurgent Capital Services | Unsecured | 1,901.71 | 1,901.71 |
|   |   |   | _____ | _____ |
|   |   |   | $ 20,968.09 | $ 13,708.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 47.60 |
| 3% | 26.10 |
| 5.5% | 239.25 |
| 5% | 43.50 |
| 4.8% | 73.61 |
| 5.4% | 303.97 |
|  | _____ |
|  | $ 734.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dombrowski, Jeffrey A

Printed:  12/28/07

Case Number:  05 B 03794
Judge:  Wedoff, Eugene R
Filed:  2/4/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

